BUTLER COUNTY BAR ASSOCIATION *v.* SCHOETTLER.

[Cite as *Butler Cty. Bar Assn. v. Schoettler* (1996), 74 Ohio St.3d 583.]

(No. 95–2534—Submitted January 24, 1996—Decided February 28, 1996.)

*Bennett A. Manning* and *Sanford I. Casper,* for relator.

---

*Per Curiam.* Upon review of the record, we concur that respondent committed the misconduct found by the board and agree with its recommendation. Respondent is therefore suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.